# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER DENYING REQUEST FOR** |
| | ) | **COURT-APPOINTED COUNSEL** |
| vs. | ) | |
| | ) | Case No.: 4:14-cr-176 |
| Jared Duane Yellow Face, | ) | |
| | ) | |
| Defendant. | ) | |

On October 7, 2014, when making his initial appearance in the above-entitled action, defendant advised the court that he intended to retain counsel.

On October 14, 2014, the court convened a status conference during which defendant advised that he had not yet retained counsel and requested that the court appoint one for him. Based upon defendant's responses to the court's inquiries regarding his finances, specifically, defendant's statements regarding his monthly receipt of oil royalties, the court concludes that he does not financially qualify for court-appointed counsel. Defendant's request for court-appointed counsel is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court